UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN F. WENDEL,

    Plaintiff,

v.                                       CASE NO: 8:08-cv-536-T-23EAJ

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 29) the plaintiff's motion (Doc. 27) for attorneys' fees and costs to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's June 17, 2009, report and recommendation (Doc. 30), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 30) is **ADOPTED**, and the plaintiff's motion (Doc. 27) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiff is awarded $9,115.20 in attorneys' fees and $372.75 in costs. The Clerk is directed to (1) enter judgment against the defendant and in favor of the plaintiff for $9,487.95 and (2) close the case.

ORDERED in Tampa, Florida, on July 8, 2009.

                                                                  STEVEN D. MERRYDAY
                                                 UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge